ALBERT B. KAHN, trustee, &c., appellant,

*v.*

FRED DAVIS ROCKHILL et al., respondents.

[Decided April 30th, 1943.]

*Messrs. Perlman & Lerner,* for the appellant.

*Mr. Alexander Denbo* and *Mr. Harry G. Lenzner* (*Mr. Harry E. Newman,* of counsel), for the respondents.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Jayne, whose opinion is reported at *132 N. J. Eq. 188.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, PERSKIE, PORTER, RAFFERTY, THOMPSON, JJ. 9.

*For reversal*—None.